**Frank Mundo, et al., Plaintiffs-Appellees, v. Leonard DeGrazio, et al., Defendants-Appellants.**

Gen. No. 50,738. (Abstract of Decision.)

First District, First Division.

November 9, 1966.

Rehearing denied November 29, 1966.

Sherwin & Sherwin, of Chicago, for appellants; J. H. Silver and Louis P. Miller, of Chicago, for appellees. Opinion by PRESIDING JUSTICE KLUCZYNSKI. **Not to be published in full.**